UNITED STATES DISTRICT COURT HOUSE
OF
MASSACHUSETTS

Dornell Wigfall,pro-se.
     Vs.
MICHAEL SHEEHAN,  ERNEST THERIEN,
PILIP M.SMITH,    DAVID STRINGHAM,
SCTT E.PETERSON,  STANLEY GALASE,
THOMAS F.BERRONI, PETER ALLEN.
ANTHONY CATALIANO, DAVID NOLAN,
KENNEY DEORCEY,   SHERRY ELLIOT, ET-AL.
KEVIN O'OHEARN,
KEVIN DESCHAMPE,

Civil action
NO.

## MOTION REQUEST TO WAIVE ALL FILING FEES AND COSTE

Now comes the plaintiff in the above and moves this Honorsble Court to grant him this motion, with supporting affidavit and lats six month finachal transactions.

Respectfully Submettied

*Dornell Wigfall*
Dornell Wigfall,pro-se
P.O. BIX 100 So.Walpole,Mass.
02071

UNITED STATES DISTRICT COURT HOUSE
OF
MASSACHUSETTS

DORNELL WIGFALL, PRO-SE.
    VS.
MICHAEL SHEEHAN, ERNEST THERIEN,
PHILIP M. SMITH, DAVID STRINGHAM,
SCOTT E. PETERSON, STANELY GALASE,
THOMAS F. BERRONI, PETER ALLEN,
ANTHONY CATALIANO, DAVID NOLAN,
KENNEY DEORCEY, SHERRY ELLIOT. ET-AL.
HEVIN O'HEARN,
KEVIN DESCHAMPE,

CIVIL ACTION
NO.

## MOTION REQUEST TO PROCEED IN FORMA PAUPERIS

Now comes the plaintiff in the above and moves this Honorable Court to grant him this motion with supporting affidavit of the motion the motion request to waive all filing fees and cost.

Date: _December 30_, 2004.

Respectfull Submitted

_Dornell Wigfall_
Dornell Wigfall/pro-se
P.O. Box 100 So. Walpole,
Mass. 02071

UNITED STATES DISCTRICT COURT HOUSE
OF
MASSACHUSETTS

**I DEPOSE AND SAY THAT MY AFFIDAVIT IS WRITTEN SUPPORT
OF MY PRO SE MOTION REQUEST TO WAIVE ALL FILING FEES &COST**

I Dornell Wigfall, a prisoner being held in the massachusetts dept of corrections MCI Cedar Junction Walpole prison totally against my own free will.

I am indigent and unable to pay for the filing fees and cost, and I'm being housed in the prisons segregation east wing dsunit unable to get a job where there is no job or work for prisoners housed there.

I have no means of income and do not have a pention to look forward to for support.

In the past I have request that supperior courts where I have complaints ongoing to order the administration to give me a job in their industry so I can make some money to support myself and to be able to pay the filing fees without any success, and denied this right by the prisons administration and program director.

Wherefore I request that my motion be allowed.

**SIGNED UNDER THE PAINS AND PENALTY OF PERJURY**

Date: December 30       2004.

Mr. Dornell Wigfall
P.O. BOX 100 So.Walpole,
Mass.02071

VERIFICATION

I verify that on this date: *December 30*, 2004, I made made these documents to this Honorable Court.

*Dec 30, 04*    *Donell Wigfall*