UNITED STATES DISTRICT COURT HOUSE
OF
MASSACHUSETTS

DORNELL WIGFALL, PRO-SE.
    VS.
MICHAEL SHEEHAN, ERNEST THERIEN,
PHILIP M. SMITH, DAVID STRINGHAM,
SCOTT E. PETERSON, STANEL GALASE,
THOMAS F. BERRONI, PETER ALLEN,
ANTHONY CATALIANO, DAVID NOLAN,
KENNEY DEORCEY, SHERRY ELLIOT, ET-AL.
KEVIN O'HEARN,
KEVIN DESCHAMPE,

CIVIL ACTION
NO.

### MOTION REQUEST TO MAKE SERVICE OF PROCESS FIRST CLASS THROUGH THE INSTITUTIONS PRISONERS INDIGENCY PROCESS

Now come the plaintiff in the above and moves this Honorable court to grant him this motion fot the the reasons set forth in his motion with the exhibit last six month account readout that show's plaintiff indigency and no source of income.

Date: December 30, 2004

Respectfull Submitted

Dornell Wigfall/pro-se.
P.O. Box 100 S0 Walpole,
Mass. 02071