UNITED STATES DISTRICT COURTHOUSE
OF
MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 11 P 1:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

DORNELL WIGFALL, Pro Se.

VS.

MICHAEL SHEEN, Et Al.,
KEVIN DESCHAMPE,
SCOTT E. PETERSON,
ANTHONY CATALIANO,
KEVIN O'HEARN,
THOMAS BORRONI,
KENNEY DEORCEY,
PHILIP M. SMITH,
JOHN DOE, et al.

## MOTION REQUEST TO PROCEED IN FORMA PAUPERIS SECTION 1915(a)(2) WITHOUT PAYMEN OF FEES & COST

Now comes the plaintiff Dornell Wigfall, Pro Se, in the above and moves this Honorable Court to grant this motion.

Respectfully Submitted
Dornell Wigfall
Dornell Wigfall, Pro Se
P.O. Box 100 So. Walpole,
Mass. 02071

Feb 1, 2005

# UNITED STATES DISTRICT COURT

_____ District of _____

_Dornell Wigfall, Pro se._
Plaintiff

V.

_Michael Sheehan, et al_
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _05-10091-JLT_

I, _____ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Mass Dept of Corr's MCI Cedar Junction_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _MCI Cedar Junction P.O. Box 100 So. Walpole, Ma. 02071 Kitchen Director Steve Toomey._

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☐ No |
   | f. Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount.  $102.66

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. My 4 children. I unable to contribute financial support.

I declare under penalty of perjury that the above information is true and correct.

_____January 1, 2005_____   _____Mr. Donell Wigfall_____
            Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050201 14:48

Commit#: W47068
Name: WIGFALL, DORNELL, A.
Inst: MCI CEDAR JUNCTION
Block: BLOCK 1
Cell/Bed: 1/A

Statement From: 20040701
To: 20050201
Institution: MCI CEDAR JUNCTION
Page: 1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $195.44 | $194.95 | $153.15 | $52.33 |
| 20040713 17:10 | IS - Interest | 3077851 | | CJ | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20040713 17:10 | IS - Interest | 3077852 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3211853 | | CJ | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20040811 17:03 | IS - Interest | 3211854 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3338006 | | CJ | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20040908 16:50 | IS - Interest | 3338007 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503208 | | CJ | | $0.00 | $0.00 | $0.19 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503209 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648897 | | CJ | | $0.00 | $0.00 | $0.21 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648898 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781974 | | CJ | | $0.00 | $0.00 | $0.22 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781975 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983047 | | CJ | | $0.00 | $0.00 | $0.26 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983048 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | $0.00 | $1.35 | $0.00 |

Balance as of ending date:
Personal: $0.49
Savings: $102.17

Current Balances:
Personal: $0.49
Savings: $102.17
Freeze: $144.00
Loan: $0.00
Restitution: $144.00
Sentence: $0.00

FEB 1 2005
INMATE ACCOUNTS
MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071