UNITED STATES DISTRICT COURTHOUSE
OF
MASSACHUSETTS

Dornell Wigfall, Pro Se
vs.
Michael Sheen, et al.

CIVIL ACTION
NO. 05-10091-JLT

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Dornell Wigfall, declare under penalties of perjury, that the following is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my request to proceed without being required to prepay fees, costs or give security under 28 USC § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefore and that I am entitled to the relief sought in the complaint.

I further declare under penalties of perjury that the responses which I have made to the questions and instructions below are true.

1. I am incarcerated in the Massachusetts dept of Corrections MCI Cedar Junction Walpole prison and housed in their east wing segregation without any job.

1

2. I believe within the last years begining I had received approximetly $25. from a friend as a gift I was unable to use for my personal use.

3. What I have to my name in my prison accounts Personal $.49  Savings $102.17.

4. I do not own anything at this time of any value including property, stocks, etc.

5. I do not make any money to file taxes

I understand that a false statement or answer to any question or statement I volentarily submitted in this decloration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 USC §§ 1621, 3571).

2

I hereby authorize the agency having custody of me to collect from my trust account and for this reason forward to the clerk of the United States District Court payments in accordance with 28 USC § 1915(b)(2) if need be.

Plaintiff/Petitioner Dornell Wigfall

STATE OF Massachusetts
County of Norfolk, of Walpole

I, Dornell Wigfall, declare under penalties of perjury that I have read and subscribed to the above and state the information therein is true and correct.

Plaintiff/Petitioner Mr. Dornell Wigfall

CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Plaintiff/Petitioner herein has credit in the sum of $102.66 on account at the MCI Cedar Junction Institution where plaintiff is being held confined.

A certificate transcript of the account statement for the last six (6) months is attached.

February 1, 2005

4