U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DORNELL WIGFALL, PRO-SE. | 05-10091-JLT |
| DEFENDANT | TYPE OF PROCESS |
| Peter Allen, et-al. | US MARSHALS OFFICE |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PETER ALLEN, Former Superintendant over MCI Cedar Junction.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 100 So. Walpole, Mass. 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Dornell Wigfall, Pro-se.
P.O. BOX 100 So. Walpole, Mass. 02071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 13 Others |
| Number of parties to be served in this case | 14 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                         Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Dornell Wigfall*

TELEPHONE NUMBER | DATE
| June 8, 05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | *Nancy Inlaurie* | 6/14/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Process served by Cert. Mail 6/17/05

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts

DORNELL WIGFALL

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL SHEEHAN, PHILIP M. SMITH,
SCOTT E. PETERSON, THOMAS F.
BORRONI, ANTHONY CATALIANO,
KENNEY DEORCEY, KEVIN O'HEARN,
KEVIN DESCHAMPE, ERNEST THERIEN,
DAVID STRINGHAM, STANLEY GALAS,
PETER ALLEN, DAVID NOLAN, AND
SHERRY ELLIOT

CASE NUMBER:   05-10091-JLT

TO: (Name and address of Defendant)

PETER ALLEN

P.O. BOX 100 So. Walpole, Mass. 02071

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dornell Wigfall, Pro-se.
P.O. BOX 100 So. Walpole,
Mass. 02071

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton       6/3/05
CLERK                         DATE



(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JUNE 8, 2005 |
| NAME OF SERVER *(PRINT)* <br> Dornell Wigfall, pro-se. | TITLE <br> Pro-se Litigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:  MCI CEdar JUnction Walpole, Prison.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:  In Cedar Junctions Locked Mbox

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

Signature of Server: *Mr. Donell Wigfall, Prose*

Address of Server: *P.O. Box 100 So. Walpole, Ma. 02071*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.