UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10091-JLT

DORNELL WIGFALL,
     Plaintiff,

     v.

MICHAEL SHEEHAN, et al.,
Defendants.

## DEFENDANTS PETER ALLEN AND DAVID NOLAN'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER AND TO STRIKE PLAINTIFF'S SUPPLEMENT

Defendants Peter Allen and David Nolan, former Superintendents of MCI-Cedar Junction ("Defendants Allen and Nolan"),[1] hereby move to dismiss plaintiff's complaint for failure to comply with this Court's Order and further move to strike plaintiff's supplement to complaint.

On July 11, 2005 Defendants Allen and Nolan filed a motion for more definite statement, which this Court granted on September 12, 2005. (Docket Sheet, paper nos. 15, 16.) Fed. R. Civ. P. 12(e) provides that "[I]f the motion [for more definite statement] is granted and the order of the court is not obeyed within 10 days after notice of the order or within such other time as the court may fix, the court may strike the pleading to which the motion was directed or make such order as it deems just." Given plaintiff's failure to comply with said Order which was issued approximately two months ago, defendants move that the complaint be dismissed.

Additionally, the Court's docket reflects that plaintiff filed a motion to supplement his complaint with the Court on or about June 20, 2005, which was granted by the Court on November 8, 2005. (Docket Sheet, paper nos. 12, 16.) Plaintiff failed to serve counsel of record

---

[1] Defendants Allen and Nolan are the only named defendants who have been served.

with this motion, in violation of Fed. R. Civ. P. 5(a)(b), which requires that every pleading

subsequent to the original complaint be served upon each of the parties by serving it upon the

attorney.  Fed. R. Civ. P. 5(a)(b).  (Poole Aff., attached hereto as Ex. A.)  Prisoners appearing

pro se must adhere to the rules of procedure.  "The right of self-representation is not 'a license

not to comply with the relevant rules of procedural and substantive law.'"  International Fidelity

Ins. Co. v. Wilson, 387 Mass. 841, 847 (19832) (quoting Faretta v. California, 422 U.S. 806,

834-35 n.46 (1975)).  Plaintiff's pro se status does not absolve him from compliance with the

Federal Rules of Civil Procedure.  U.S. v. Heller, 957 F.2d 26, 31 (1st Cir. 1992).[2]

Accordingly, given plaintiff's failure to comply with this Court's order and failure to serve

counsel of record with the supplement to his complaint, Defendants Nolan and Allen move that

both the complaint and the supplement be stricken, and that plaintiff's complaint be dismissed.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

DATED: November 9, 2005                    /s/ C. Raye Poole
                                           C. Raye Poole
                                           B.B.O. # 632719
                                           Department of Correction
                                           Legal Division
                                           70 Franklin Street, Suite 600
                                           Boston, MA 02110
                                           (617) 727-3300 ext. 147

---

[2]  Moreover, given the plethora of cases which plaintiff has filed against the Department and its officials in state and Federal court, 75 since 1989, he is no stranger to civil litigation, and, thus, is, or should be, fully aware of the Rules of Civil Procedure.  (Dep't Log of Cases, attached hereto as Ex. B.)

Certificate of Service

I, C. Raye Poole, counsel for defendants Allen and Nolan, hereby certify that on this 8th day of November 2005, I served a copy of the herein motion by first class mail, postage prepaid, on the plaintiff, Dornell Wigfall W47068, at his last known address, MCI-Cedar Junction, PO Box 100, South Walpole, Massachusetts  02071

/s/ C. Raye Poole
C. Raye Poole

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10091-JLT

DORNELL WIGFALL,
      Plaintiff,

      v.

MICHAEL SHEEHAN, et al.,
      Defendants.

### AFFIDAVIT OF C. RAYE POOLE

I, C. Raye Poole, on oath depose and state as follows:

1.    I am an attorney with the legal division of the Department of Correction.

2.    I am the attorney of record in the above-captioned matter.

3.    Plaintiff has not served me with a copy of his motion to supplement complaint which he filed with the Court on June 20, 2005.

Signed under the pains and penalties of perjury this 11th day of November 2005.

C. Raye Poole

**EXHIBIT**
A

| Case | Date | | | Last | First | Code1 | Code2 | Code3 | Status | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | wigfall | domell | | | | | | | | | | |
| DIST 00-55-CV-439 | 10/17/2000 | Wigfall | Domell | Muir | Robert | W47068 | PS | SBCC | Yes | | 1605 | 1903 | 2001 |
| Midd 94-5413 | 12/22/1994 | Wigfall | Domell | Kelley | William | W47068 | PS | CJ | No NEW | | 1005 | | |
| Midd 94-5414 | 01/19/1995 | Wigfall | Domell | Peterson | Scott | 47068 | KA | N/A | No MD MSJG | | 1004 | | |
| Midd 94-5415 | 12/22/1994 | Wigfall | Domell | Elliott | Sherry | W47068 | PS | N/A | No MD | | 1001 | 1903 | |
| Midd 94-5416 | 12/22/1994 | Wigfall | Domell | Salter | Nancy | W47068 | MM | CJ | No SJD | | 1503 | | |
| Midd 94-5417 | 01/19/1995 | Wigfall | Domell | Lynch | John | PS | | CJ | No MD | | 1503 | 2501 | |
| Midd 94-5418 | 12/22/1994 | Wigfall | Domell | Duval | Ronald | WW | | CJ | No MD | | 2507 | 1004 | |
| Midd 94-4544 | 12/22/1994 | Wigfall | Domell | Lamberto | Timothy | RB | | CJ | No MD | | 2012 | | |
| Midd 94-4545 | 12/22/1994 | Wigfall | Domell | Smith | Ronald | W47068 | DG | CJ | No SJD | | 1503 | 1004 | |
| Midd 94-6352 | 12/22/1994 | Wigfall | Domell | Warner | Roland | WW | | CJ | No MD | INAC | 2501 | | |
| Midd 94-6510 | 01/19/1995 | Wigfall | Domell | Goncalves | Roland | W47068 | WS | N/A | No | MDG | 1503 | 2501 | |
| Midd 97-1125 | 04/08/1997 | Wigfall | Domell | Gilmore | Sherry | | JJB | N/A | No | | 1004 | | |
| Midd 99-2578 | 07/20/1999 | Wigfall | Domell | DiPaolo | Paul | | RMF | SBCC | No NEW | SJ | 1106 | 2003 | 2019 |
| Midd 99-2723 | 10/25/1999 | Wigfall | Domell | Taylor | Daniel | | JJB | N/A | No | | | | |
| Norf 04-1595 | 11/09/2004 | Wigfall | Domell | Jeffrey | | | ITZ | N/A | No | | | | |
| Norf 04-182 | 02/25/2004 | Wigfall | Domell | Grimes | Christoph | | SD | N/A | No | MTD | 1595 | 2020 | |
| Norf 04-197 | 03/15/1994 | Wigfall | Domell | Tarantino | Ronald | | JJB | N/A | No | | 2011 | | |
| Norf 04-198 | 03/15/1994 | Wigfall | Domell | Willis | Jean | 47068 | KA | N/A | No OT | | 1008 | | |
| Norf 04-199 | 03/15/1994 | Wigfall | Domell | Duval | Peter | 47068 | CJ | N/A | No NEW | | 1101 | 1705 | |
| Norf 04-5065 | 11/16/1994 | Wigfall | Domell | Pepe | Ronald | 47068 | CJ | | No MTDG | | | 1103 | |
| Norf 94-1595 | 11/16/1994 | Wigfall | Domell | Duval | Ronald | W47068 | TA | N/A | No MTDG | | | | |
| Norf 94-2597 | 01/19/1995 | Wigfall | Domell | Duval | Ronald | | WS | CJ | No | | | | |
| Norf 94-2832 | 03/20/1995 | Wigfall | Domell | Guilbeault | James | | JK | N/A | No NEW | | | | |
| Norf 94-387 | 05/13/1994 | Wigfall | Domell | Duval | Ronald | W47068 | JK | CJ | No NEW | | 2001 | 2303 | |
| Norf 94-5 | 02/22/1994 | Wigfall | Domell | Goncalves | Roland | W47068 | DR | CJ | No APP | | 1503 | 2303 | 2019 |
| Norf 94.5 | 02/22/1994 | Wigfall | Domell | Duval | Ronald | W47068 | TA | CJ | No NEW | | 1103 | | |
| Norf 95-1400 | 03/21/1996 | Wigfall | Domell | Corea/Victor | | W47068 | JJB | CJ | No NEW | | | | |
| Norf 95-1414 | 10/04/1995 | Wigfall | Domell | Almeida | Joseph | | JK | N/A | No | | | | |
| Norf 95-1795 | 01/01/1996 | Wigfall | Domell | Salter | Nancy | | XX | N/A | No | | | | |
| Norf 95-1798 | 01/01/1996 | Wigfall | Domell | Lombardo | Timothy | | CJ | N/A | No | | | | |
| Norf 95-1962 | 04/12/1996 | Wigfall | Domell | White | Edward | | RB | N/A | No | | | | |
| Norf 95-1963 | 01/01/1995 | Wigfall | Domell | DuBois | Larry | | WS | N/A | No | | | | |
| Norf 95-1964 | 01/01/1989 | Wigfall | Domell | Belanger | Larry | | CP | N/A | No | | | | |
| Norf 95-1965 | 01/01/1989 | Wigfall | Domell | Turcotte | | | CP | N/A | No | | | | |
| Norf 95-1988 | 01/01/1989 | Wigfall | Domell | Cahill | Raymond | | CP | N/A | No | | | | |
| Norf 95-2235 | 01/01/1989 | Wigfall | Domell | DeCreay | Michael | | CP | N/A | No | | | | |
| Norf 95-2274 | 01/01/1996 | Wigfall | Domell | DeCreay | Kenny | | JJB | N/A | No | | | | |
| Norf 95-2275 | 01/01/1989 | Wigfall | Domell | Peterson | Scott | | CP | N/A | No | | | | |
| Norf 95-913 | 03/18/1996 | Wigfall | Domell | Peterson | Scott | | KA | N/A | No | | | | |
| Pyrn 97-1002 | 01/01/1997 | Wigfall | Domell | Butterhuys | | | CP | N/A | No | | | | |
| Pyrn 97-1131 | 09/22/1997 | Wigfall | Domell | DuBois | | | TM | OCCC | No | | | | |
| Pyrn 97-573 | 05/30/1997 | Wigfall | Domell | Murphy | Paul | | PS | N/A | No | | 1107 | 1401 | 1602 |

EXHIBIT
B

| Case | Date | | Party | Attorney | First | Code | Juris | Status | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plym 97-575 | 05/22/1997 | Wigfall | Dornell | DuBois | Larry | TM | OCCC | No | | 1101 | 1106 | 2000 | |
| Plym 98-623 | 07/29/1997 | Wigfall | Dornell | Buttenhuys | Albert | MK | OCCC | No DISC | | 1101 | 1102 | 1412 | |
| Plym 98-741 | 05/11/1998 | Wigfall | Dornell | Murphy | Paul | HY | N/A | No | | MTD | | | |
| Suff -25 | 04/12/1996 | Wigfall | Dornell | Duval | Ronald | JJB | CJ | No | | | | | |
| Suff 00-4583 | 12/08/2000 | Wigfall | Dornell | Prouls | Ronald | KA | CJ | No | | | | | |
| Suff 00-5068 | 02/06/2001 | Wigfall | Dornell | Pepe | Peter | MM | N/A | Yes | | | | | |
| Suff 00-5199 | 02/06/2001 | Wigfall | Dornell | Pepe | Peter | MM | N/A | Yes | | | | | |
| Suff 02-3899 | 09/20/2002 | Wigfall | Dornell | McKinnon | | JA | N/A | No | | | | | |
| Suff 02-3938 | 09/23/2002 | Wigfall | Dornell | Johnson | Carl | MM | N/A | No | | | | | |
| Suff 03-1022 | 03/25/2003 | Wigfall | Dornell | Johnson | Carl | xx | N/A | Yes | | | | | |
| Suff 03-1162 | 03/25/2003 | Wigfall | Dornell | Allen | Peter | xx | N/A | Yes | | | | | |
| Suff 03-3669 | 09/09/2003 | Wigfall | Dornell | Sheehan | Michael | xx | N/A | Yes | | | | | |
| Suff 05-1976 | 06/21/2005 | Wigfall | Dornell | Berghams | Francis | xx | N/A | Yes | | | | | |
| Suff 7 | 12/03/1996 | Wigfall | Dornell | Belisle | Wayne | xx | CJ | Yes | | 1101 | | | |
| Suff 95-3674 | 09/01/1995 | Wigfall | Dornell | Duval | Ronald | MM | CJ | No SJ | | 1402 | | | |
| Suff 95-5165 | 01/02/1996 | Wigfall | Dornell | DuBois | Larry | W47048 DR | CJ | No SJ/GD | | 1402 | 1505 | 1904 | |
| Suff 96-4 | 04/19/1996 | Wigfall | Dornell | Duval | | JJB | N/A | No | | | | | |
| Suff 96-458 | 02/25/1996 | Wigfall | Dornell | Belanger | Steve | JJB | N/A | No | | | | | |
| Suff 96-4614 | 09/19/1996 | Wigfall | Dornell | Garlepy | Peter | JJB | CJ | No | | 1103 | 1004 | 1412 | 1705 |
| Suff 96-5157 | 10/30/1996 | Wigfall | Dornell | Duval | Ronald | WW | CJ | No SJD | | 1004 | 1505 | | |
| Suff 96-518 | 02/23/1996 | Wigfall | Dornell | Decrosey | | JJB | N/A | No SJD | | | | | |
| Suff 96-5603 | 12/18/1996 | Wigfall | Dornell | Belisle | Wayne | TA | N/A | No SJD | | | | | |
| Suff 96-8816 | 01/06/1997 | Wigfall | Dornell | Barrette | Steven | JK | N/A | No NEW | | | | | |
| Suff 97-26 | 01/24/1997 | Wigfall | Dornell | Doolin | Edward | CP | N/A | No | | | | | |
| Suff 97-27 | 02/13/1997 | Wigfall | Dornell | Wyzanski | Charles | RMF | CJ | No NEW | INT | 1009 | 1502 | 1902 | |
| Suff 99-3884 | 09/20/1999 | Wigfall | Dornell | Maloney | Michael | JK | SBDC | Yes SJ | DISC | 1502 | 1101 | | |
| USDC 00-12274 | 01/25/2001 | Wigfall | Dornell | Duval | Ronald | JD | N/A | Yes SJ | DISC | 1605 | | | |
| USDC 02-10714 | 12/24/2003 | Wigfall | Dornell | Maloney | Michael | SD | N/A | Yes SJ | | 1107 | | | |
| USDC 03-10714 | 08/19/2003 | Wigfall | Dornell | Maloney | Michael | JA | N/A | Yes MD | | | | | |
| USDC 05-10091 | 09/23/2005 | Wigfall | Dornell | Sheehan | Michael | CP | N/A | Yes | | | | | |
| Woro 03-591 | 04/09/2003 | Wigfall | Dornell | Vagias | Beverly | JA | CJ | Yes | | 1106 | 1605 | | |
| Wren 6/15/2001 | 05/15/2001 | Wigfall | Dornell | Maloney | Michael | MD | N/A | Yes MD | | | | | |
| Wren 6/29/01 | 06/29/2001 | Wigfall | Dornell | Maloney | Michael | MD | N/A | Yes | | | | | |
| Wren 7/30/01-2 | 07/30/2001 | Wigfall | Dornell | Dickinson | Francis | MD | N/A | Yes | | | | | |