UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10091-JLT

DORNELL WIGFALL,
    Plaintiff,

v.

MICHAEL SHEEHAN, et al.,
Defendants.

### CORRECTION TO CERTIFICATE OF SERVICE ATTACHED TO DEFENDANTS PETER ALLEN AND DAVID NOLAN'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER AND TO STRIKE PLAINTIFF'S SUPPLEMENT

The certificate of service incorrectly contains November 8, 2005 as the date in which it was served on plaintiff. The correct date is November 9, 2005.

Corrected Certificate of Service

I, C. Raye Poole, counsel for defendants Allen and Nolan, hereby certify that on this 9th day of November 2005, I served a copy of the herein motion by first class mail, postage prepaid, on the plaintiff, Dornell Wigfall W47068, at his last known address, MCI-Cedar Junction, PO Box 100, South Walpole, Massachusetts  02071

/s/ C. Raye Poole
C. Raye Poole

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

DATED: November 9, 2005

/s/ C. Raye Poole
C. Raye Poole

B.B.O. # 632719
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
(617) 727-3300 ext. 147