UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

DORNELL WIGFALL, PRO-SE.          CIVIL ACTION
PLAINTIFF                                  NO.05-10091 JLT

VS.

MICHAEL SHEEHAN ET-AL
DEFENDANTS.

### PLAINTIFF'S MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS FOR FALURE TO COMPLY WITH COURT'S ORDER

Now comes the plaintiff in the above and moves this Honorable Court to allow this motion for the following reasons set forth:

1. On June 11,2005, the plaintiff did drop the court,defendants responsive plea, motion to supplement complaint stating claims in the institutions locked mailbox to be processed by their inst office under the indigency mailing procedure pursuant to FRCP 5., and Rules of Appellate Procedur Rules 4(b),27.1, 43B MGLA. Huston Vs. Lack,487 U.S 266,108 S.Ct.2379, 101 L.Ed.2d 245 (1988), THE Supreme Court decided that, under F.R.C.A.P. 4(a)(1), a pro-se inmate's notice of appeal is to be considered filed at the moment it is delivered to the prison authorities.

Wherefore plaintiff request that his motion be granted and the defendants motion be striked.

November 11,2005.                             Respectfully Submitted

                                                        Dornell Wigfall,pr-se.
                                                        P.O. BOX 100 SO.Walpole,
                                                        Mass.02071

UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

I DEPOSE AND SAY THAT TIS AFFIDAVIT IS BEING WRITTEN
TO THE BEST OF MY KNOWLEDGE TO SUPPORT MY PRO SE MOTION
TO DISMISS FOR FALURE TO COMPLY WITH COURT'S ORDER

I say that I did make service of process on all parties in this pertaining to the Motion to Supplement Complaint stating claims of the above named defendants to consolidate the intire complaint, and that on June 11,2005, the defendants and their counsel had been served on all parties by first class mail placed the insts locked mail box and it had been properly served.

SIGNED UNDER THE PAINS AND PENALTY OF PERJURY

June 11,2005.

*Mr. Dornell Wigfall*
Dornell Wigfall,
P.O. BOX 100 So.
Walpole,Mass.02071

## CERTIFICATE OF SERVICE

I depose and say that this legal document has been served upon all parties including the defendants and their Counsel November 11, 2005

*Donnell Wigfall*