UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DORNELL WIGFALL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 05-10091-JLT |
| | * | |
| | * | |
| MICHAEL SHEEHAN, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

February 2, 2006

TAURO, J.

1. On September 12, 2005, this court issued an order allowing Defendants' Motion for More Definite Statement [#15]. Plaintiff has not yet complied with this order. If Plaintiff does not comply with this order by March 1, 2006, this case will be dismissed.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge