UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

Dornell Wigfall, Prose,
vs.
Sherry ELLIOT, et.all.

CIVIL ACTION
NO. 05-10091-JLT

## PLAINTIFF'S MOTION REQUEST TO AMEND COMPLAINT

Now comes the plaintiff, Dornell Wigfall, in the above and moves this Honorable Court to grant this motion

February 17, 2006

Respectfully Submitted
Dornell Wigfall
Dornell Wigfall
P.O. Box 100 S0.
Walpole, Ma. 02071

UNITED STATES DISTRICT COURT
of
MASSACHUSETTS

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS MOTION TO AMEND

I write this affidavit in support of my pro se motion to Amen my complaint, and that the defendants had not answered yet the complaint.

Signed under the pains and penalty of perjury.

February 14, 2006

Mr. Donell Wigfall
Mr. Dornell Wigfall
P.O. Box 100 So.
Walpole, Ma. 02071

VERIFICATION

I say that this Legal document is served this February 14, 2006, by regular indigency mailing.

Donnell Wigfall

Feb 14, 2006,