UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

Dornell Wigfall, Prose,

vs.

Sherry ELLIOT, et al.

CIVIL ACTION
No. 05-10091-JLT

PLAINTIFF'S REQUEST FOR EXTENTION OF TIME TO RESPOND TO DEFENDANTS REQUEST FOR MORE DEFINITE STATEMENT OF DEFENDANT'S ALLEN AND NOLAN

Now comes the Plaintiff Wigfall in the above, and moves this Honorable court to grant him this Motion for the following reasons:

A. Since February 2, 2006, Order allowing paper [#15], and plaintiff received it, the defendants and other members of their peers

have been denying plaintiff access to the institutions law library to research the laws or their policies rule or regulations, and have still refused to return the original papers they illegally removed from my cell I've attempted to get back, and.

B. Plaintiff have attempted to get these grievences and disciplinary reports back only to be denied.

C. There are a number of other defendant's involved with the same violations against plaintiff and their superiors are allowing the violation as a practice, habit, to interfere, discriminate, harass, threaten, intimidate, deprive him any required out of cell one hour daily exercise showers or even to by food to help his medical condition including the above.

D.  Defendont's and other members of their peer are keeping plaintiff confined to a cell 24 hours causing more internal domage to his organs and blood vesels they're well aware of including taking away or not giving him medically perscribed feeding and juices.

E.  The defendont's and members of their peers continue to deny him his right to take care of himself without unnecessary interferences.

F.  Plaintiff is in the long time care of Medical dept every porty to the complaint is aware of, defendonts continue to aggrivate intentionally the health and well being of him, depriving him the right to be free from harassment and false arrest and disturbence, and discrimination.

-4-

Wherefore, the plaintiff request that this motion be allowed fore therefore the law library originally is open to plaintiff unit at particular days or evening he is also deprived of stemming from the prisoners in the individual Units are only being given access to four (4) prisoner from a unit of (40) or (42), and at times favortism to certain prisoner including their runners.

February 14, 2006

Respectfully Submitted
Dornell Wigfall
Dornell Wigfall
P.O. Box 100
So. Walpole, Ma. 02071

## MY AFFIDAVIT TO SUPPORT THE MOTION FOR EXTENTION OF TIME

I say my affidavit is to support my request for extention of time to respond to defendants request for More Definite Statement of Defendant's Allen and Nolan.

Signed under the pains and penlty of perjury.

February 14, 2006

Donell Wigfall
P.O. Box 100 So.
Walpole, Mass.
02071

## VERIFICATION

I say that on this February 14, 2006, that this legal document is being served by reg indigency Mailing thru the D.O.C.'s Mail office

Feb 14, 06                          Donnell Wigfall