UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DORNELL WIGFALL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 05-10091-JLT |
| | * | |
| | * | |
| MICHAEL SHEEHAN, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

February 22, 2006

TAURO, J.

1.    On September 12, 2005, this court issued an order allowing Defendants' Motion
for More Definite Statement [#15].  Plaintiff has not yet complied with this order.
Plaintiff now moves for an extension of time within which to comply with this
order.  Plaintiff's Motion for Extention [sic] of Time to Respond to Defendants'
Request for More Definite Statement of Defendants Allen and Nolan [#22] is
ALLOWED.  Plaintiff must comply with this Court's Order by April 1, 2006.  If
Plaintiff does not so comply, this case will be dismissed.

IT IS SO ORDERED.

                                         /s/ Joseph L. Tauro
                                        United States District Judge