— 1 —

UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAR 30 A 11: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

DORNELL WIGFALL, P-S.

VS.

PETER ALLEN
DAVID NOLAN, et al.

CIVIL ACTION
NO. 05-10091-JLT

## PLAINTIFF'S "SECOND" MOTION REQUEST FOR EXTENSION OF TIME

Now comes the Plaintiff in the above and moves this Honorable Court to grant this motion for the following reasons:

1. Since the Plaintiff filed his complaint, he's had all of his paper of this case removed from his presence, and with this action from the dept of correction at MCI Cedar Junction Walpole, discontinue plaintiff to move forward delaying their prosecution in this case.

- 2 -

Plaintiff filed his first extension of time in his February 14, 2006, first request, (granted paper [21]).

Since this Court has granted paper [21] allowing the first request, the plaintiff's access to the institutions law library use to prepear the response up until April 1, 2006, including allowed Amending the complaint, the institution peer of defendant(s) and some defendants themselves have intentionally denied access to the law library and court to meet the April 1, 06, Order, including denied the use of the copy machine.

Wherefore, the Plaintiff need this court to allow him this motion #2.

March 23, 2006

Respectfully Submitted
Donell Wigfall,
Dornell Wigfall
P.O. Box 100 So. Walpole
Ma. 02071

UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

I DEPOSE AND SAY THIS AFFIDAVIT IS WRITTEN TO SUPPORT PLAINTIFF'S "SECOND" MOTION REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS REQUEST FOR MORE DEFINATE STATEMT OF FACTS, AND REQUEST TO AMEND COMPLAINT.

Signed under the Pains and penalty of perjury.

March 23, 06

Donell Wigfall
P.O. Box 100 S.O.
Walpole, Ma. 02071

CERTIFICATE OF SERVICE

I hereby say that this legal document have been served on Counsel in this case Raye Poole C., Dept of Corrections Legal Division 70 Franklin St. Suite 600, Boston, Ma. 02110-1300. March 23, 06.

Dowell Wigfall