-1-

UNITED STATES DISTRICT COURT
of
MASSACHUSETTS

Dornell Wigfall, Prose,

vs.

Michael Sheehon, et al.

CIVIL ACTION
NO. 05-10091

## PLAINTIFF'S MOTION REQUEST TO REINSTATE COMPLAINT IN IT'S INTIRETY

Now comes the plaintiff, Dornell Wigfall, in the above, and moves this Honorable Court to grant him this motion for the reasons set forth herewith, including exhibits in support:

The plaintiff is unable to give the exact date this complaint had been filed with this Honorable Court, but that it was in (2005).

Since that time plaintiff has been deprived of his rights to access to the courts, and spicifically with cases in the United States District Federal Courts.

-2-

In early May 2006, plaintiff had either all required legal document in either the low library envelope ready in his cell of his housing east wing segregation population unit now called East wing Unit B-1-18, or prepared to be mailed off for copies or sent to this court, when on May 16, 2006 unknown, non named toy guards of 3 cuffed me up after informing there was a court order on this cell, ignored, removing plaintiff after giving and showing them the court order from Norfolk Superior Court (Wigfall vs. Grimes) which clearly told these guards and their superiors, plaintiff's legal materials may not be removed or unreasonably disturbed (Chernoff, J. (d.6/24/04)ns. See Exhibits Wigfall vs. Maloney, etal Civil No. 03-10714-RWZ, sent to that court May 16, 2006, in support of requested motions. See, cover letter footnote, and other prior exhibits grievances and appeals and affidavits. See Plaintiff's Motion Request for A Contempt Order in Wigfall vs. Grimes, etal. Norfolk Superior Court, and grievances placed on suspension when it's not in their enterest, denying plaintiff due process.

UNITED STATES DISTRICT COURT
of
MASSACHUSETTS

AFFIDAVIT IN SUPPORT OF MOTION REQUEST
TO REINSTATE COMPLAINT IN ITS INTIRETY

I Depose and say this affidavit is in support of this motion in the above and is to the best of my knowledge.

signed under the pains and penalty of perjury

June 28, 2006,

Dowell Wigfall
P.O. Box 100 So.
Walpole, Ma. 02071

VERIFICAION

These legal documents have been served on this June 28, 2006, by regular first class in digest mailing by the plaintiff through MCI Cedar Junctions Mailing.

Dowell Wigfall
P.O. Box 100 So.
Walpole, Ma. 02071

June 28, 2006