UNITED STATES DISTRICT COURTS
OF
MASSACHUSETTS

Dornell Wigfall, Prose.
vs.
Michael Sheehan, et al.

CIVIL ACTION
NO. 05-10091

## PLAINTIFF'S MOTION REQUEST FOR APPOINTMENT OF COUNSEL TO ASSIST

Now comes the Plaintiff, Dornell Wigfall, in the above and moves this Honorable Court to grant him this motion.

June 28, 2006

Respectfully Submitted

Dornell Wigfall,
Dornell Wigfall, Prose
P.O. Box 100 So.
Walpole, Ma. 02071