UNITED STATES DISTRICT COURT
OF CLERKS OFFICE
MASSACHUSETTS
2006 JUL 10 P 4: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dornell Wigfall, Prose,

vs.

Michael Sheehan, et al.

CIVIL ACTION

No. 05-10091

## PLAINTIFF'S MOTION REQUEST THAT HIS LEGAL PAPES/MATERIALS NOT BE REMOVED OR UNREASONABLY BE DISTURBED

Now comes the plaintiff, Dornell Wigfall, and moves this Honorable Court to grant him this Motion to protect his rights.

June 28, 2006

Respectfully Submitted
Dornell Wigfall.
Dornell Wigfall, pro se
P.O. Box 100 So,
Walpole, Mass. 02071

UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

THIS AFFIDAVIT IS WRITTEN IN SUPPORT
OF THE MOTION REQUEST THAT HIS LEGAL
PAPERS/MATERIALS NOT BE REMOVED OR
UNREASONABLY BE DISTURBED

I say My affidavit is to support my
pro-se motion in the above to protect my
legal accesses to courts and to be able
to meet all courts orders and deadlines,
as well answer the defendants filed
legal document supported by Exhibit(s) 1 and 2.

Signed under the pains and penalty
of perjury

June 28, 2006

Donnell Winfall
P.O. Box 100 So.
Walpole, Ma. 02071

## VERIFICATION

I hereby say these legal Documents have been served by regular first class Mailing through the inst indigency Mail procedure at MCI Cedar Junction Walpole, prison on June 28, 2006,

Donell Wigfall