*Exhibit #*
*(My Copy)*

UNITED STATES DISTRICT COURT
oF
MASSACHUSETTS

*FILED*
*IN CLERKS OFFICE*
*2006 JUL 10 P 4:00*

Clerk of Courts
ONE COURTHOUSE WAY
Boston, Mass

U.S. DISTRICT COURT
DISTRICT OF MASS.

Date: May 16 2006

Mr. Dornell Wigfall
P.O. Box 100 So. Walpole,
Mass. 02071

RE: TO  Wigfall vs. Maloney, etal.  and others therewith.
Civ No. 03-10714-RWZ

Dear Sir/Madam:

Please find with the following:

1. Plaintiff's Motion Request for Appointment of Counsel.
2. Memorandum of Low in support. with Affidavit in support.
3. Plaintiff's Motion Request to Amend Complaint
4. Affidavit in support of Motion to Amend
5. Certificate of Service.

Would your office apply the Request for Appointment of Counsel to all other Complaints there with this Honorable Court for the same reasons, and send me a copy of all ongoing docket Readout in individual Complaint's I do not have at this time.

DW
File

Sincerely
Mr. Dornell Wigfall

UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

Dornell Wigfall, Pro se.

CIVIL
NO. 03-10714-RWZ

VS.

Michael T. Maloney, etal.

## MOTION REQUEST FOR APPOINTMENT
### OF COUNSEL

Now comes the plaintiff, Dornell Wigfall, Pro se, in the above and moves this Honorable Court to grant him this motion

Date: _____, 2006

Respectfully Submitted

Dornell Wigfall, Pro se.
P.O. Box 100 So. Walpole,
Mass. 02071

-1-

## UNITED STATES DISTRICT COURT
### OF
### MASSACHUSETTS

Dornell Wigfall, Prose.
VS.
Michael T. Maloney, etal.

CIVIL NO. 03-10714-RWZ

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION REQUEST FOR APPOINTMEN OF COUNSEL

Throughout my incarceration I've been attempting to reach the courts in both my criminal and in this case and civil action above with others pending at bar preparing for a hearings with the courts pertaining to damages, production of documents to therefore have once again all my legal papers for this case and the others removed from my presence to #1. continue to prolong my wrongful conviction, #2. to disadvantage me for any of the above, #3. to larceny parts of legal documents there with, #4. to cause the case to be dismissed, #5. so the defendants can continue to violate my rights, their own rules and regulations and the Constitution of this land the laws which supports it; 42 USC § 1983 & 1985

The defendants and members of their peers are fully aware of the courts procedures up coming in the next few days, weeks and sent other staff's into plaintiff's cell May 16, 2006, again to deliberately interfere with plaintiff's access to a positive out come with these upcoming hearings in removing all cases and legal papers from his presence to deprive him of Procedural vs. Substantive Due Process Rights. Roe vs. Wade, 410 U.S. 113 (1973).

-2-

When the plaintiff was notified by this court of the scheduled hearings and date to be set for the hearing on the damages, the institution shut down their law library now over (3) weeks so prisoners could not have liberty right access to life-liberty and freedom with due process which lies in the Fifth and Fourteenth Amendment of the Constitution. The fourteenth Amendment states:

1) "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law."

All plaintiff's writing paper, writing tools, envelopes exhibits, etc, has been removed from his presence, and put him to positions where he could develope other problems having to borrow from other prisoners the paper in which this motions, written on, and this blue pen he's for to use also borrowed and envelope to forward to this court.

---

1) The plaintiff in this case is a naturilized born and raised citizen of the United States of America

MCI Cedar Junctions law library haven been shut down now for over (3) weeks, and has been off limits to the plaintiff denying him due process rights in researching updated cases violates his rights and subjects him to a wrongful incarceration. Lewis vs. Casey, 518 U.S. 343 (1996).

The illegally long denial of plaintiffs access to the Institutions law library, and week solitary confinement away from other prisoners who may be able to help prepare for the hearing clearly disadvantages him all around. (see Toussaint vs. McCarthy, 926 F. 2d 800 (9th cir 1990). Bounds vs. Smith, 430 U.S. 817 (1977).

The plaintiff had due process Rights while being held incarcerated in the Mass DOC, as in Wolf vs. McDonnell, 418 U.S. 539 (1974) The United States Supreme Court, articulated that before an inmate can be deprived his right, he must be afforded Due Process, Wolf at 556-59. and Due Process requirements apply when placing inmates in Confinement. Id at 571-72.

2] Here, if the Plaintiff were afforded these Constitutional rights as others incarcerated throughout the Mass DOC's in their right to due process like other prisoners, the defendants as been repeatedly informed that there is no iron curtain drawn between the Constitution and the prisoners of this Country" O'Malley vs. Sheriff of Worcester County, 415

Mass. 132, 135 (1993) (citation omitted) and thus to deny the plaintiff's of all his Due Process Rights violates the Doctrine of Due Process established in <u>Wolf</u>.

MCI Cedar Junctions officials and defendants say one thing and does the opposit as this court well knows, and wherefore request that this court allows plaintiff's Motion for Appointment of Counsel, citing <u>Lewis vs. Casey</u>, 518 U.S. 393(1996) <u>Bounds vs Smith</u>, 430 U.S. 817(1977).

The plaintiff do not have any legal papers in his presence because he is intentionally been denied this right. 42 USC § 1983 & § 1985. See Exhibits Herewith, Plaintiff had a court order given to the defendant's and members of their peers. Superintendant, John Marshall, Saint Armoh, Dept Sup't, John Doe #1, John Doe #2, John Doe #3, who refuse to give plaintiff their names, the inst Paralegal-John Doe #4.

2/   Plaintiff was not placed in another prison Where he could get the legal assistance he needed in preparing for any Court or up coming propperation towards his litigations at bar.

## CERTIFICATE OF SERVICE

I hereby say that this legal document has been served on the defendant's Counsel and all parties with this complaint this date: _____

Date: _____ 2006

Affidavit in support of Motion Request for Appointment of Counsel

I depose and say that my affidavit is in support of the motion and memorandum herewith

Signed under the pains and penalty of perjury

UNITED STATES DISTRICT COURT
oF
MASSACHUSETTS

Dornell Wigfall, Pro se.
       vs.                                    CIVIL ACTION
                                              No. 03-10714-RWz
John Doe, #1
John Doe, #2
John Doe, #3
Saint Armad,
John Doe, Paralegal
John Marshall, etal.


## PLAINTIFF'S MOTION REQUEST TO AMEND COMPLAINT


Now comes the plaintiff in the above
and moves this Honorable Court to grant this
Motion with adding the above defendant to
the Complaint.


Date: May 16, 2006                      Respectfully Submitted

                                        _____
                                        Dornell Wigfall Prose
                                        P.O. Box 100 So.
                                        Walpole, Ma. 02071

UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS


I DEPOSE TO SAY THIS AFFIDAVIT IS WRITTEN
IN SUPPORT OF MOTION TO AMEND COMPLAINT


This affidavit is in support of my motion to Amend complaint adding each defendant on the Motion because each one has played a part in depriving me of all my legal papers to this complaint, and all other complaints at bar, to deprive me the plaintiff his right of access to court, to disadvantage the plaintiff of any success in the litigation process.

Defendants intention is to cause unnecessary hardship, prolong or wrongful incarceration, and continue to deny plaintiff of his right to life, liberty, and freedom.

All Amendent defendants acted in capricious malfeasence state of Mind to deprive plaintiff of any rights.

May 16, 2006

Mr. Donnell Wigfall
Mr. Dornell Wigfall

## MY AFFIDAVIT IS IN SUPPORT OF MY CLAIM

AT about 9:AM three guards approached my cell in unit East Wing seg B-1-18, they ordered me to strip for a search I complied to.

After stripping I asked now What to be told they were coming for a search of the cell for contraband.

I then informed them I have alot of legal papers around and I do have a court order pertaining to what kinda search they could do, that the order clearly states (Motion is allowed in the plaintiff's legal Materials may not be removed or unreasonably disturbed (Chernoff, J) (d. 6/24/04) ns.

In telling these guards John Doe, and then they asked me for evidence stating which I shown them the motion along with prior evidence, They then said just leave it on the bunk, and cuff up I complied to.

I was then cuffed and removed from the cell to the bottom flats to be placed at the Wall with other prisoners.

While there I noticed these three guards ignoring this court order and began removing all my legal paper, being prepared for Court(s) and defendants

– 2 –

responsed answers to, preparing for Deposition hearings, and damages dates to be set with the United States District Court of Massachusetts, one of ongoing Litigation CIV NO. 0310714, and others ongoing civil action including preparing my criminal appeal removed from my access to court for the third (3rd) or forth time since I've attempted to prove my wrongful incarceration this Mass Dept of Corrections Well aware of, to find my intire cell vandilized again.

I've requested for the legal papers and my properties to be returned by the order of deputy sup't Soint Armad, who himself told me at my cell that he was not going to do that, and that the inst paralegal said the case was dismissed.

I informed Sup't Armad even if the case is dismissed that does not dismiss what the motion dictates about my legal materials in my cell being removed or unnecessarly disturbed.

I was then forced to ask Armad what was the names of the guards who removed my property even after having the motion along with other exhibits attached to it.

- 3 -

Armad told me to request for it in my inst grievence.

I asked for a grievence or one from my property to be told that's not gonna happen.

I borrowed a blue pin from my neighbor billy who then gave me white lined paper and this only blue ink he had when I submitted an unofficial grievence, outlining one as they are including sections A. B. and C. therewith, because all inst offical grievence and appeal I had in my property was also taken with the attempt to keep me from access to courts or get my cases dismissed as they have in the past.

I request that these along with my personal DOC CMR's rule and regulations only to be denied them to deprive me continually my rights to due process.

See attached herewith the identical deprivation malfeasence tactic used against me and prisoners who litigate. The Law library has been illegally closed off for all prisoners for the last 2½ weeks going into a month.
    SIGNE UNDER THE PAINES AND PENALTY
OF PERJURY

                                Mr. Donnell Wigfall
                                P.O. Box 100 So. Walpole Ma 02071

## Commonwealth of Massachusetts
### County of Norfolk
### The Superior Court

Civil Docket N~~OCV2004-00182~~

RE:   Wigfall v Grimes et al

TO:   Dornell Wigfall
      MCI Cedar Junction
      Postoffice box 100
      South Walpole, MA 02071

---

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **06/25/2004**:

*RE: plff's motion for temporary restraining order*

**is as follows:**

**MOTION (P#8.0)-plff's motion for tro-Motion is denied as to enjoining or ruling on
further disciplinary matters. Motion is allowed in the plaintiff's legal materials
may not be removed or unreasonably disturbed(Chernoff,J.) (d.6/24/04) ns**

Dated at Dedham, Massachusetts this 25th day of June,
2004.

                                            Walter F. Timilty,
                                            Clerk of the Courts

                              BY:

                                            Assistant Clerk

Telephone: (781) 326-1600

Copies mailed 06/25/2004

cvdresult_2.wpd 501803 motden fostervi

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| Name | WIGFALL DORNELL A | | | Institution | MCI CEDAR JUNCTION | |
|---|---|---|---|---|---|---|

| Number | W47068 | Housing | BLOCK 8 | Appeal Date | 22-MAY-2004 | Date Of Grievance | 11-MAY-200 |
|---|---|---|---|---|---|---|---|
| | | | | Appeal Received Date | 25-MAY-2004 | | |

**Appeal Remedy Requested Staff Recipient Signature**

According to 103 CMR 403, Property any property removed from my cell by property officer is suppose to issue contraband slip with a list of property removed and a prisoner is suppose to be present I was not; and no property officer was present at all. I had legal property and other personals, all exhibits, grievences, D-reports, DSU est wing review appeal, court appeals, pens, pencils, paper, envelopes, stamps, etc. illegally removed out of my cell while I was in litigation in both federal and state court constituting a disadvantage and denying me access to courts to redress, and intentional prolonging my wrongful incarceration including the theft of all parole papers, medical papers, family photos, all inst CMR and rules and regulations depriving me my civil rights to life, liberty, and freedom from harassment and due process. I was also denied my shaving razor, then left one complaint as a direct threat to me out without it's envelope Wigfall vs. Grimes, et al. No. 04-00182 after my cell was vandalized. My legal property was said to been given to the inst paralegal. When asked for it back in my cell I was denied by director of security which is illegal.

I'm requesting the full names of the guard who did this illegal act including the Director Drakes full name. I'm requesting all the property taken from my cell returned just as is was taken including my legal paper.

Aucoin Ann Marie  CO I

---

## DECISION BY SUPERINTENDENT

| Appeal Received Date | *************** | Decision Date | 06-JUL-2004 | Decision | Denied |
|---|---|---|---|---|---|

**Decision By**    Nolan David F  SUPERINTENDENT

**Reasons Signature**

Your cell was searched in accordance with the Search Policy, 103 CMR 506. As you are aware, at the time of the search in question, you were in possession of excess legal material. Pursuant to the Inmate Property Policy, specifically 103 CMR 403.10, you are authorized to retain not more than 1 cubic foot of legal materials in your cell. If you wish to have a legal exchange, you may make that request through your Unit Team Sergeant.

| | Date | 7/7/04 |
|---|---|---|

---

## INMATE RECEIPT

| Inmate's Name | WIGFALL DORNELL A | | Institution | MCI CEDAR JUNCTION |
|---|---|---|---|---|
| Number | W47068 | | Appeal Received Date | 25-MAY-2004 |
| Staff Recipient | Aucoin Ann Marie  CO I | | | |

**Superintendent's Signature**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

#3762

| | | | | |
|---|---|---|---|---|
| **Name** | WIGFALL DORNELL A | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W47068    **Housing** BLOCK 8 | | **Appeal Date** | — 22-MAY-2004 **Date Of Grievance** 11-MAY-200 |

**Appeal Received Date** 25-MAY-2004

**Appeal Remedy Requested**

**Staff Recipient Signature**

According to 103 CMR 403, Property any property removed from my cell by property officer is suppose to issue contraband slip with a list of property removed and a prisoner is suppose to be present I was not; and no property officer was present at all. I had legal property and other personals, all exhibits, grievences, D-reports, DSU est wing reveiw appeal, court appeals, pens, pencils, paper, envelopes, stamps, etc. illegally removed out of my cell while I was in litigation in both federal and state court constituting a disadvantage and denying me access to courts to redress, and intentional prolonging my wrongful incarceration including the theft of all parole papers, medical papers, family photos, all inst CMR and rules and regulations depriving me my civil rights to life, liberty and freedom from harassment and due process. I was also denied my shaving razor, then left one complaint as a direct threat to me out without it's envelope Wigfall vs. Grimes, et al. No. 04-00182 after my cell was vandalized. My legal property was said to been given to the inst paralegal. When asked for it back in my cell I was denied by director of security which is illegal.

I'm requesting the full names of the guard who did this illegal act including the Director Drakes full name. I'm requesting all the property taken from my cell returned just as is was taken including my legal paper.

Aucoin Ann Marie  CO I

---

## DECISION BY SUPERINTENDENT

| | | |
|---|---|---|
| **Appeal Received Date** *************** | **Decision Date** | **Decision** |
| **Decision By** | | |
| **Reasons** | | |
| **Signature** | | **Date** |

---

## INMATE RECEIPT

**Inmate's Name**  WIGFALL DORNELL A

**Institution**  MCI CEDAR JUNCTION

**Number**  W47068

**Appeal Received Date**  25-MAY-2004

**Staff Recipient**  Aucoin Ann Marie  CO I

**Superintendent's Signature**

ATTACHMENT "C"

**DEPARTMENT OF CORRECTION**
**INSTITUTION APPEAL FORM**
**FORWARD TO THE INSTITUTIONAL SUPERINTENDENT**

**SECTION A**

NAME: *Mr. Darnell Wigfall* INSTITUTION: *MCI Cedar Junction*

NUMBER: *W-47068*   HOUSING UNIT: *8 - 3*   DATE OF INCIDENT: *May 22, 04*

APPEAL: *According to 103 cmr 403. Property any property removed from my cell by property officer is dispose by/issue controken slip with a list of property removed and the prisoner is suppose to be present - I was not, and no property officer was present at all. I had legal property and other personals, all exhibits, grievances, D-reports —*

(ATTACH ADDITIONAL PAGE IF NECESSARY)

REMEDY
REQUESTED: *I'm requesting the full names of the guard who did this illegal act including the Director Dunbar full name. I'm requesting all the property taken from my cell returned justas it was taken including my legal paper.*

INMATE SIGNATURE: *Mr. Darnell Wigfall*   DATE: *May 22, 04*

STAFF RECIPIENT:_____   DATE:_____

DATE RECEIVED:_____

---

**SECTION B**

ASSIGNED GRIEVANCE NUMBER: *3762*

ASSIGNED INSTITUTION APPEAL NUMBER:_____

DECISION RENDERED: _____ APPROVED
                    _____ DENIED

SUMMARY OF FINDINGS:
_____
_____
_____
_____
_____

SUPERINTENDENT'S
SIGNATURE:_____   DATE:_____

**SECTION C**

**INMATE APPEAL RECEIPT**

INMATE NAME:_____   INSTITUTION:_____

NUMBER:_____   DATE RECEIVED:_____

RECEIPTING STAFF:_____   TITLE:_____

01/05/01                                          491 - 14

# COMMONWWEALTH OF MASSACHUSETTS

## AFFIDAVIT

### I DEPOSE AND SAY THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE UNDER THE PAINS AND PENALTY

1. On this May 11,2003, at approximetly 1:pm and 2:pm while I was house in the east wing DSUnit 8 there was a major shakedown of the unit pertaining to searching for strictly contraband weapon that amounted to distruction of prisoners cell and intimedation and taking of prisoners legal and personal propertyies from there cells including my own legel properties.

2. While at the same time a prisoner next door to me Dornell Wigfall, who was in State and Federal Courts litigating at this time with the cases in his cell I witnessed staff's removing all his legal papers without him being present, and without mentioning anything to him or myself of them taking our legal papers.

3. After these staff's had taken his and my legal papers and placed us back in the cells the Director of Security _____ Day,(Various), then came to each cell who was present at all times therein the unit during their illegal process asking prisonser questions pertaining to their cell and properties.

4. When he along with other staffs got to prioner wigfall's cell, and asked him if he had any problems with his cell of property I heard prsioner wigfall informed him that his cell was intentionally vandilized and why was all his legal properties taken along with his family photoes,writing paper,pens,envolopes and other property allowed to have.

# DEPARTMENT OF CORRECTION

## INMATE REQUEST TO STAFF MEMBER

*My copy*

To: —— **Drake, Director of Security**      DATE: **June 1,2004**
        (name and Title of officer)

**SUBJECT**: State completely but briefly the problem which you
        desire assistance (give details)

May 11,2004, you said you were incharge over the conduct of
the guards who illegally entered my cell on this date who you
witnessed the distruction and vandilism these guard did to my cell
that wasvery proper and organized until you entered and left stea-
ling all my legal and personal properties while I was housed in
the east wing DSU cell#3 and while I was not present nor was I
present during this incident minus one civil complaint intended to
threaten and intimidate me from continuing with the courts you
yourself was shown there on that morning., also taken was all my
Writing paper, Envolopes some with postage stamps already on them,
all Pens and Pincils, Personal family photoes, Letters and exhibits
and exhibits to my criminal case, Parole Papers,, grievence and appeals
DSU East Wing appeals application,all Institutional policies,Rules
& regulations I've repeatedly request for them to be returned back
to my cell now being ignored by this adminstration and yourself.
            (Use other side of page if more space is needed)

ACTION REQUESTED:   (State exactly how you beleive your request
                may be handled; that is, exactly what you think
                should be done,and how.)

Now that I had properly requested that my properties taken from
my cell on May 11,2004, by you and your guard, I demand that all
that properties taken from my living quarter cell#3 immediately be
returned to me the very same condition it was illegally taken, and
I request the names of everystaff that entered my cell on that date:.

NAME: _____          No.: _____

Work Assignment: _____          Living Quarters _____

Note:  If you follow instructions in preparing your request,
it can be disposed of more promptly and intelligently. You will be
intervieved,if necessary, in order to saticfactorily handle your
request.  Your failure to specifically state your problem may result
in no action being taken.

DISPOSITION:  (Do not write in this space)     Date: _____

COMMONWEALTH OF MASSACHUSETTS

My Copy

NORFOLK, SS.

CIVIL ACTION
No. 2004-00182

Dornell Wigfall, Pro-se.
         vs.
Jeffrey Grimes, et al

MOTION REQUEST FOR A CONTEMPT
ORDER

Now comes the plaintiff Dornell Wigfall,
pro-se, in the above and moves this Honorable
court to grant him this motion, and for
the grounds set forth:

1. (2004) the plaintiff had filed his complaint
against all defendants above.

2. On or around June 2004, plaintiff was then
forced to file a motion for temporary restraining
order because the defendants and their peers within
the Mass Dept of a Corrections MCI Cedar Junction
Walpole Prison - because during the legal litigation
the plaintiff's reported to this court the institutions
staff, defendants and other members of their peer

-2-

and using an institutional shakedown procedures a number of times entering plaintiff Wigfall's cell where ever he was being housed stripping his cell of all both personal and legal papers dealing with this particular docket number, including postage stamps, writing tools, all envelopes, paper law books, dictionaries, addresses, and evidence, including all his criminal records denying him access to the courts to appeal to litigate Redress in civil actions causing the complaint to be dismissed disabling him to prove he is wrongfully incarcerated when receiving newly discovered evidence.

This action has been continually practiced by the DOC institution and MCI Cedar Junction defendants, their peers and denied staff's who refuse to wear name tags as required by their own rules, and who refuse to give the plaintiff their names at times to conceal their identities and at time was told their own paralegals had his legal papers illegally.

The plaintiff for years and months continued requesting his papers be returned that was denied him.

Plaintiff requested his access to his legal papers to meet court hearings to be denied this right.

When the plaintiff had been given the access their in their legal storage room beneath the prison, to not find any of the legal documents exhibits, affidavits and the complaint it self missing and were not found.

The legal folders were the only subjects found with each docket numer on the envelopes with the contents missing then stuffed down in the box it had been placed in, along with both personal and legal certified mails I had dropped in the inst locked mail box and to be given to the mail process to the second parties denied plaintiff. 42 USC § 1983 and § 1985.

Although the specific complaint with this docket number 2004-00182 has been dismissed on the request for the motion pertaining to plaintiff's legal papers in his cell wrongfully confiscated seperated, later discovered portions of his legal documents including affidovyts and exhibits in other cases including criminal appeal papers is why plaintiff was in need of the motion to be granted _Allowed._

-4-

Wherefore, Plaintiff request that his motion be continued alive in support of his legal papers as the original motion was written to protect the rights of the plaintiff and the D.O.C. officials decided The motion <u>Allowed</u> meant nothing to them intentionally with deliberation removed all his legal papers from his cell, including legal Mails prepared for the inst mail box that evening, interfering with just as the motion is and was meant to protect that ment nothing nothing to the D.O.C. staff's or defendants in that complaint and others.

May 18, 2006

Respectfully Submitted

Dornell Wigfall

Pornell Wigfall, Pro se.
P.O. Box 100 So. Walpole,
Ma. 02071

AFFIDAVIT IN SUPPORT FOR MOTION
of CONTEMPT

I say that my pro-se motion request
for contempt of Court is true and accurate
to support the above, and Defendants and the
D.O.C. officials refuse to obey the Courts
orders or the Law.

Signed under the pains and penalty of perjury

May 18 2006

Donell Wigfall
P.O. Box 100 So,
Wapole, Ma, 02071

## VERIFICATION

I say that these legal documents is served on this date May 18, 2006.

Donell Wigfall

Department of Correction
INMATE Grievence form
Forward To THE INSTITUTIONAL Grievence COORDINATOR (IGC)

MCI
Received
MAY 17 2006
GRIEVANCE OFFICE

Section "A"

Mr. Dornell Wigfall,   INS: MCI Cedar Junction Walpole,
No. W47068  Housing unit: E.W. Seg B-1-18  Date: May 16, 2006.

COMPLAINT: At about 9:AM three guards from another prison
approached my cell for a contraband Shakedown for illegal weapons.
I asked what their names were they refused to give me, I then
informed them there was a court order on this cell and my
legal papers in order about this cell. They asked me for any
proof I shown them the order No. civ 2004-00182 pertaining
to my legal papers within my cell, which clearly states —

REMEDY
REQUESTED: I'm requesting immediately all legal and
personal properties and my juices and other foods taken
from this cell be returned; and all three guards names
Who removed my properties
INMATE SIGNITURE: Mr. Dornell Wigfall  DATE: MAY 16, 2006

STAFF RECIPT: _____  DATE: _____

DATE RECEIVED:

SECTION "B"

ASSIGNED GRIEVANCE NUMBE:

DECISION RENDERED: _____ APPOVED

_____ DENIED

SUMMARY OF FINDINGS:

IGC SIGNATURE: _____  Date: _____



Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Robert C. Haas
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*M.C.I. Cedar Junction  at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts  02071*

*Tel: (508) 660-8000  Fax: (508) 660-8009*
*www.mass.gov/doc*



Kathleen M. Dennehy
*Commissioner*

James Bender
*Deputy Commissioner*

John Marshall
*Acting Superintendent*

To:        Dornell Wigfall W47068

From:    AnnMarie Aucoin, Institutional Grievance Coordinator

Date:    May 17, 2006

RE:      Grievance

**Please be advised, the grievance form you submitted is being returned for the following reason:**

_____ Not considered to be an emergency, refer to **103 CMR 491.11(1)**

___√___ On suspension of the grievance process, refer to **103 CMR 491.17**

_____ Content of Grievance form, refer to **103 CMR 491.09(2) (A-F)**

_____ Duplicate Grievance to Grievance #_____

_____ Incorrect grievance form used (correct grievance form enclosed)

_____ Other (see comments)

**Comments:**_____
_____
_____

**Please resubmit within three business days for processing.**

For further information regarding inmate grievances, please refer to 103 CMR 491, Inmate Grievances.

DEPARTMENT OF CORRECTION
INSTITUTION APPEAL PAPER          ATTACHMENT "C"

FORWARD TO THE INSTITUTIONAL SUPERINTENDANT
-1-

SECTION A

NAME: Mr. Dornell Wigfall    INSTITUTION: MCI Cedar Junction

NUMBER: W47068  HOUSING UNIT: DSU-EW-B1-18 DATE OF INCIDENT: 5/13/06.

APPEAL: I have a number of Courts hearings with US DISTRICT,
Suffolk Superior, Plymouth County, etc. and preperation of
of my wrongful incarceration appeal, all my writing papers,
exhibits, writing tools, envolopes, stamps, school tests, foods
juices as part of my medical treatment and all legal
papers illegally removed from my presence for the 4th time
denying me access to Courts, also prolonging my incarceration
unreasonably. I was never given any sensable reason nor minimal
reason for why my legal papers were taken other than retaliation
in winning back property and issues of seg 10 block. I had informed
and produced my court order blontenly ignored pertaining to my
legal paper not to be removed or tampered with told to
you personally and in the hand of your staff.
    I request for my legal and personal properties back to be
denied to only do harm to cases at bar you'll be responsible
for. I was denied any CMR's, and access to court through the
use of the library now over a month for research

REMEDY REQUESTED:
    I'm demanding this administration to immediately return
every peace of legal and personal property remove from my
cell or be responsible for any damages I suffer from
your not ordering my papers and exhibits back and placed
exactly the way it was taken or be subjected to monetary
damages, etc.

                                        CONT—

-2-

SUPERINTENDANTS
DECISION:

Mr. Donell Wigfall

Date: _____

SIGNITURE:
_____

Beverly Vogalos:
Law Library:

May 16, 2006

I need 3 copies of Motions and exhibits. Would you please stapple each set seperately

I'm in need of Typing Paper and both Long and small envolopes.

Thank You

Mr. Donell Winfall
W47068
B-1-18

COMPLETED

MAY 2006
By
MCI-CJ Law Library

MCI-CJ
RECEIVED
MAY 19 2006
LIBRARY

Denied 3 copies a.l



COMPLETED 2 Copies

MAY 3 2006

By_____
MCI-CJ Law Library

MCI-CJ
RECEIVED
MAY 1 9 2006
LIBRARY

Librarian:
Beverly Vagalas,

MCI-CJ
RECEIVED
MAY 22 2006
LIBRARY

Dear Beverly:

A week & had passed since I sent my request for 10 small and 5 or 10 large envelopes, a black pen if you would.

I had not yet received it or a pad of typing paper.

I had not received my copies I sent for a week at a time, along with for a whole month and some not been allowed to the inst law library for my use for any researches pertaining to both my wrongful criminal incarceration, and pertaining to civil at bar for up coming hearings and damage proceedings.

Would you please send my request along with my requested copy of papers? Please give me two copies of this legal documents.

Thankyou Mr. D. Wappl
B-1-18

COMPLETED

MAY 22 2006

MCI-CJ Law Library