UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DORNELL WIGFALL,                    *
                                    *
            Plaintiff,              *
                                    *
                                    *
    v.                              *        Civil Action No. 05-10091-JLT
                                    *
                                    *
MICHAEL SHEEHAN, et al.,            *
                                    *
            Defendants.             *

ORDER

December 18, 2006

TAURO, J.

        This court hereby orders that:

    1.      Plaintiff's Motion to Reinstate Complaint in its Entirety [#26] is DENIED;

    2.      Plaintiff's Motion to Appoint Counsel [#27] is DENIED AS MOOT; and

    3.      Plaintiff's Motion Request that his Legal Papers/Materials not be Removed or

            Unreasonably Disturbed [#29] is DENIED AS MOOT.

        IT IS SO ORDERED.


                                    /s/ Joseph L. Tauro
                                    United States District Judge