UNITED STATES DISTRICT COURT HOUSE
COMMONWEALTH OF MASSACHUSETTS

CLERK OF COURTS:                           January 25, 2007
ONE COURT HOUSE WAY          Mr. Dornell Wigfall
SUITE 2300                   64 South Street
BOSTON, Mass. 02210          Brockton, Ma. 02301

                             05 cv 10091 JLT

RE: TO All Forwarding Legal Notification Mail:
    Dornell Wigfall vs. Dept of Corrections, et al.

Dear Sir/Madam:

As of January 31, 2007, My forwarding address to family home will be at 64 South Street Brockton, Ma. 02301, for I'm do to be released from my incarceration, and request that all legal notification be sent to that address surely to get to me.

Thank you for your attention to this matter

Sincerely
Mr. Dornell Wigfall
#W47068