UNITED STATES DISTRICT COURT
OF
MASSACHUSETTS

DORNELL WIGFALL, PRO-SE,                    CIVIL ACTION
        PLAINTIFF.                          No.05-10091-JLT

        VS.
MICHAEL SHEEHAN, ET-AL;
        DEFENDANTS,ET-Al.,

<u>**NOW** comes **THE PLAINTIFF IN THIS CASE, AND**
**MOVES THISHONORBLE COURT TO REINSTATE THIS CASE**
**UPON THIS CASE FROM THIS DATE HORNORABLE JUDGE**
**DOUGLAS P.WOODLOCK IN REOPENING THIS CASE**
**AND THE CASE AT BAR AS EVIDECE WITH CASES.**</u>

   NOw comes the plaintiff Dornell Wigfall in the above and moves this Honorable Court to grant him this motion thru the Order of Hornorable Judge, Douglas P.Woolock in reopening this case with the ongoing case at bar.
   Upon being released from incarceration on January 31,2007 one year ago from this date, of a 15 to 30 year sentence and forced to do 20 years within the maximum security prisons MCI CEda Junction Walpole Old Colony Correctional Center, Norfolk Correctional.
   Each day at these prisons after being released on this date above, is and has been overwehelming for me this plaintiff to adjust back out in society.
   Between caring for my elderly widowed mother, my own medical illness recieved from the incarceration visiting doctors offices and being unable to have a steady five (5) day a week job of employment, and trying to obtain everyday necessities to survive, and being unable to smell with the great evidence of my sperm count do to the assaults agains throughout the wrongfull incarcerations.

   Wherefore this pro-se, plaintiff, request that this Hornorable Court reinstates this Civil Action above.


Febuary 5,2008                              Respectfully Submitted

                                            *Donell Wigfall*
                                            DornellWWigfall, pro-se.
                                            64 South Street
                                            Brockton, Mass.02301

<u>I DEPOSE AND SAY THAT THE FOLLOWING IS WRITTEN</u>
<u>TO THE BEST OF MY KNOWLEDGE UNDER THES AND</u>
<u>PENALTIES OF PERJURY</u>

I dornell Wigfall, the plaintiff in this case says that my affidavit is written in support of my pro-se motion and response to this Hornorable Courts Order from the September 25,2007th Order of Hornorable Judge DOudge P.Woodlock request to reinstates my case in my motion above, and request that my case this case be reopened, therefore reinstated.

Signed under the pains and penalty of perjury

Febuary 5,2008                                   REspectfully Submitted

                                                 *Dornell Wigfall*
                                                 Dornell Wigfall, Pro-Se.
                                                 64 South Street
                                                 Brockton, Mass.02301

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above legal documnent is and is hereby served upon this Honorable Court, the defendants and thier Councel/Attornies office on record with this case at bar by regular mailing, SFebruary 5,2008.

February 5,2008.

*Dorrell Wigfall*